UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| MCKINNEY, MICHAEL R | § | Case No. 12-50174 |
| MCKINNEY, CYNTHIA J | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   CLERK OF BK COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/11/2013 in Courtroom 613,
   UNITED STATES COURTHOUSE
   219 S DEARBORN STREET
   CHICAGO, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/15/2013                    By: /s/ Andrew J. Maxwell
                                                                Trustee


ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
MCKINNEY, MICHAEL R § Case No. 12-50174
MCKINNEY, CYNTHIA J §
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 4,424.00 |
| and approved disbursements of | $ | 40.00 |
| leaving a balance on hand of[1] | $ | 4,384.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 1,106.00 | $ 0.00 | $ 1,106.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,106.00 |
| Remaining Balance | | | $ 3,278.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 28,072.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 2,927.96 | $ 0.00 | $ 341.90 |
| 000002 | Capital Recovery V, LLC | $ 1,136.49 | $ 0.00 | $ 132.71 |
| 000003 | Capital Recovery V, LLC | $ 2,542.50 | $ 0.00 | $ 296.89 |
| 000004 | Capital Recovery V, LLC | $ 3,393.21 | $ 0.00 | $ 396.22 |
| 000005 | Capital Recovery V, LLC | $ 4,249.04 | $ 0.00 | $ 496.16 |
| 000006 | Capital Recovery V, LLC | $ 2,929.18 | $ 0.00 | $ 342.04 |
| 000007 | Capital One, N.A. | $ 3,161.44 | $ 0.00 | $ 369.16 |
| 000008 | Capital One, N.A. (Menards) | $ 1,692.91 | $ 0.00 | $ 197.68 |
| 000009 | Portfolio Recovery Associates, LLC | $ 6,039.52 | $ 0.00 | $ 705.24 |

Total to be paid to timely general unsecured creditors        $        3,278.00

Remaining Balance        $        0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

                                          Prepared By: /s/Andrew J. Maxwell
                                                                                   Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 12-50174-TAB
Michael R McKinney                                                    Chapter 7
Cynthia J McKinney
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: tmaurer              Page 1 of 3              Date Rcvd: Aug 16, 2013
                              Form ID: pdf006            Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2013.
db/jdb         +Michael R McKinney,    Cynthia J McKinney,    15441 Lavergne,    Oak Forest, IL 60452-2345
19849216       +BMO Harris Bank,    111 W Monroe,    Chicago, IL 60603-4095
19849215        Best Buy (Retail Services),    P.O. Box 17298,    Baltimore, MD 21297-1298
20699013        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
20754384       +Capital One, N.A. (Menards),    c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
                 Tucson, AZ 85712-1083
19849223        HSBC,   PO Box 17602,    Baltimore, MD 21297-1602
19849220       +Harris & Harris,    222 Merchandise Mart Plaza,    SUite 1900,    Chicago, IL 60654-1421
19849221        Home Depot,    PO Box 660370,   Dallas, TX 75266-0370
19849222       +Homer Glen Open MRI,    22017 Emily Lane,    Frankfort, IL 60423-7817
19849226       +Malcolm S. Gerald & Associates,    332 S. Michigan Ave.,    Suite 600,    Chicago, IL 60604-4318
20754751      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery Associates, LLC,
                 successor to CAPITAL ONE, NATIONAL ASSOC,    POB 41067,    Norfolk VA 23541)
19849230        Sears,   PO Box 182149,    Columbus, OH 43218-2149
19849234       +Wells Fargo,    PO Box 348750,   Sacramento, CA 95834-8750

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20601658        E-mail/PDF: rmscedi@recoverycorp.com Aug 17 2013 00:11:50      Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
19849217        E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2013 00:11:36      Care Credit,    GE Money Bank,
                 P.O. Box 96001,   Orlando, FL 32896-0061
19849218       +E-mail/Text: lbankruptcy@cookcountytreasurer.com Aug 17 2013 00:05:59      Cook County Treasurer,
                 118 N. Clark Street,   Suite 112,    Chicago, IL 60602-1590
19849219        E-mail/PDF: mrdiscen@discoverfinancial.com Aug 17 2013 00:12:05      Discover,    PO Box 6103,
                 Carol Stream, IL 60197-6103
20382329        E-mail/PDF: mrdiscen@discoverfinancial.com Aug 17 2013 00:12:05      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
19849224       +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2013 00:11:35      JC Penney,    PO Box 960001,
                 Orlando, FL 32896-0001
19849225        E-mail/Text: bnckohlsnotices@becket-lee.com Aug 17 2013 00:01:07      Kohl's,    P.O. Box 2983,
                 Milwaukee, WI 53201-2983
19849227       +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2013 00:07:45      Menard's,    4777 Menard Drive,
                 Eau Claire, WI 54703-9604
19849228        E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2013 00:11:36      SAM'S CLUB,    P O BOX 4537,
                 DEPT 49,   Carol Stream, IL 60197-4537
19849229        E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2013 00:07:44      SAM'S CLUB/Discover Card,
                 P O BOX 4537,   DEPT 49,    Carol Stream, IL 60197-4537
19849231       +E-mail/Text: credit@sdcu.org Aug 17 2013 00:03:37      South Division Credit Union,
                 14740 S. Cicero Ave.,    Midlothian, IL 60445-3173
19849233       +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2013 00:11:35      Walmart,    PO Box 530927,
                 Atlanta, GA 30353-0927
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19849232     ##Target National Bank,   PO Box 59317,   Minneapolis, MN 55459-0317
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: tmaurer            Page 2 of 3              Date Rcvd: Aug 16, 2013
                              Form ID: pdf006          Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 18, 2013**                     **Signature:**       *Joseph Speetjens*

```
District/off: 0752-1          User: tmaurer              Page 3 of 3             Date Rcvd: Aug 16, 2013
                              Form ID: pdf006            Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2013 at the address(es) listed below:

         Adham   Alaily    on behalf of Creditor    BMO Harris Bank N.A. f/k/a Harris N.A. aalaily@ehrenbergeganlaw.com
         Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com, amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com
         Chester H. Foster, Jr.     on behalf of Debtor Michael R McKinney chf@fosterlegalsvcs.com, dbf@fosterlegalservices.com
         Chester H. Foster, Jr.     on behalf of Joint Debtor Cynthia J McKinney chf@fosterlegalsvcs.com, dbf@fosterlegalservices.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                         TOTAL: 5