UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
MCKINNEY, MICHAEL R § Case No. 12-50174
MCKINNEY, CYNTHIA J §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | BMO Harris Bank 111 W Monroe Chicago, IL 60601 |  |  |  |  |  |
|  | BMO Harris Bank 111 W Monroe Chicago, IL 60601 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook County Treasurer 118 N. Clark Street Suite 112 Chicago, IL 60602 | | | | | |
| | Wells Fargo PO Box 348750 Sacramento, CA 95834 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Best Buy (Retail Services) P.O. Box 17298 Baltimore, MD 21297-1298 | | | | | |
| | Care Credit GE Money Bank P.O. Box 96001 Orlando, FL 32896-0061 | | | | | |
| | Discover PO Box 6103 Carol Stream, IL 60197-6103 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC PO Box 17602 Baltimore, MD 21297-1602 | | | | | |
| | Harris & Harris 222 Merchandise Mart Plaza SUite 1900 Chicago, IL 60654 | | | | | |
| | Home Depot PO Box 660370 Dallas, TX 75266-0370 | | | | | |
| | Homer Glen Open MRI 22017 Emily Lane Frankfort, IL 60423 | | | | | |
| | JC Penney PO Box 960001 Orlando, FL 32896 | | | | | |
| | Kohl's P.O. Box 2983 Milwaukee, WI 53201-2983 | | | | | |
| | Malcolm S. Gerald & Associates 332 S. Michigan Ave. Suite 600 Chicago, IL 60604 | | | | | |
| | Menard's 4777 Menard Drive Eau Claire, WI 54703 | | | | | |
| | SAM'S CLUB P O BOX 4537 DEPT 49 Carol Stream, IL 60197-4537 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | SAM'S CLUB/Discover Card P O BOX 4537 DEPT 49 Carol Stream, IL 60197-4537 | | | | | |
| | Sears PO Box 182149 Columbus, OH 43218-2149 | | | | | |
| | South Division Credit Union 14740 S. Cicero Ave. Midlothian, IL 60445 | | | | | |
| | Target National Bank PO Box 59317 Minneapolis, MN 55459-0317 | | | | | |
| | Walmart PO Box 530927 Atlanta, GA 30353 | | | | | |
| 000007 | CAPITAL ONE, N.A. | | | | | |
| 000008 | CAPITAL ONE, N.A. (MENARDS) | | | | | |
| 000006 | CAPITAL RECOVERY V, LLC | | | | | |
| 000005 | CAPITAL RECOVERY V, LLC | | | | | |
| 000004 | CAPITAL RECOVERY V, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | CAPITAL RECOVERY V, LLC | | | | | |
| 000002 | CAPITAL RECOVERY V, LLC | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000009 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-50174 | TAB | Judge: TIMOTHY A. BARNES | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | MCKINNEY, MICHAEL R | | | Date Filed (f) or Converted (c): | 12/23/12 (f) |
| | MCKINNEY, CYNTHIA J | | | 341(a) Meeting Date: | 02/14/13 |
| For Period Ending: | 10/30/13 | | | Claims Bar Date: | 07/22/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Debtors' homestead. Location: 15441 Lavergne, Oak | 150,000.00 | 0.00 | | 0.00 | FA |
| 2. South Division Credit Union Midlothian IL Checking | 337.09 | 0.00 | | 0.00 | FA |
| 3. Harris Bank Midlothian IL Checking and savings acc | 167.59 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous household goods and furnishings. | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. Personal clothing. | 200.00 | 0.00 | | 0.00 | FA |
| 6. 2003 Chevrolet Venture 4D Passenger Van LS | 1,700.00 | 0.00 | | 0.00 | FA |
| 7. 2008 Honda Pilot SUV | 17,000.00 | 0.00 | | 0.00 | FA |
| 8. 2004 FLHTC Harley Davidson Motorcycle VIN# 1HD1DGV | 5,700.00 | 0.00 | | 4,424.00 | FA |
| TOTALS (Excluding Unknown Values) | $176,604.68 | $0.00 | | $4,424.00 | Gross Value of Remaining Assets $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):  / /       Current Projected Date of Final Report (TFR):  / /

LFORM1

UST Form 101-7-TDR (5/1/2011) (Page: 9)

Ver: 17.04

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-50174 -TAB | |
| Case Name: | MCKINNEY, MICHAEL R | |
| | MCKINNEY, CYNTHIA J | |
| Taxpayer ID No: | *******6700 | |
| For Period Ending: | 10/30/13 | |

| | | |
|---|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******8447 Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/22/13 | 8 | Michael McKinney<br>Cynthia McKinney<br>15441 S Lavergne<br>Oak Forest, IL 60452 | | 1124-000 | 4,424.00 | | 4,424.00 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,414.00 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,404.00 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,394.00 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,384.00 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,374.00 |
| 09/13/13 | 010001 | ANDREW J. MAXWELL<br>105 W. Adams<br>SUITE 3200<br>CHICAGO, ILLINOIS 60603 | Chapter 7 Compensation/Fees | 2100-000 | | 1,106.00 | 3,268.00 |
| 09/13/13 | 010002 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | FINAL PAYMENT<br>(Claim #, Payment %) | 7100-000 | | 340.86 | 2,927.14 |
| 09/13/13 | 010003 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | FINAL PAYMENT<br>(Claim #, Payment %) | 7100-000 | | 132.30 | 2,794.84 |
| 09/13/13 | 010004 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | FINAL PAYMENT<br>(Claim #, Payment %) | 7100-000 | | 295.98 | 2,498.86 |
| 09/13/13 | 010005 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | FINAL PAYMENT<br>(Claim #, Payment %) | 7100-000 | | 395.02 | 2,103.84 |
| | | | Page Subtotals | | 4,424.00 | 2,320.16 | |

Ver: 17.04

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2     Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 12-50174 -TAB |
| Case Name: | MCKINNEY, MICHAEL R |
| | MCKINNEY, CYNTHIA J |
| Taxpayer ID No: | *******6700 |
| For Period Ending: | 10/30/13 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8447 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/13/13 | 010006 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | FINAL PAYMENT<br>(Claim #, Payment %) | 7100-000 | | 494.65 | 1,609.19 |
| 09/13/13 | 010007 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | FINAL PAYMENT<br>(Claim #, Payment %) | 7100-000 | | 341.00 | 1,268.19 |
| 09/13/13 | 010008 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | FINAL PAYMENT<br>(Claim #, Payment %) | 7100-000 | | 368.03 | 900.16 |
| 09/13/13 | 010009 | Capital One, N.A. (Menards)<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | FINAL PAYMENT<br>(Claim #, Payment %) | 7100-000 | | 197.08 | 703.08 |
| 09/13/13 | 010010 | Portfolio Recovery Associates, LLC<br>successor to CAPITAL ONE, NATIONAL ASSOC<br>POB 41067<br>Norfolk VA 23541 | FINAL PAYMENT<br>(Claim #, Payment %) | 7100-000 | | 703.08 | 0.00 |

Page Subtotals     0.00     2,103.84

Ver: 17.04

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 12-50174 -TAB |
| Case Name: | MCKINNEY, MICHAEL R |
| | MCKINNEY, CYNTHIA J |
| Taxpayer ID No: | *******6700 |
| For Period Ending: | 10/30/13 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8447  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 4,424.00 | 4,424.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 4,424.00 | 4,424.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 4,424.00 | 4,424.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********8447 | 4,424.00 | 4,424.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 4,424.00 | 4,424.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 17.04

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*